UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

Huarong Tianze (Hong Kong) Investment Partnership : Case No.: 1:24-cv-06502-ALC

         *Petitioner*, :

        v. :

Lan Huang :

        *Respondent*. :

------------------------------X

## **FINAL JUDGMENT**

WHEREAS, on August 28, 2024, Petitioner Huarong Tianze (Hong Kong) Investment Partnership ("Huarong") filed a Petition to Confirm and Enforce Foreign Arbitration and for Entry of Judgment ("Petition to Confirm", ECF 1) seeking confirmation of a foreign arbitration award, dated January 7, 2022 (the "Award", ECF 3-1, 3-2), issued by the China International Economic and Trade Arbitration Commission ("CIETAC") in CIETAC Case No. X20200024 (the "Arbitration").

WHEREAS, Respondent Lan Huang ("Respondent Huang") was a respondent in the Arbitration along with Linqing Jia ("Jia", together with Huang, the "Arbitration Respondents").

WHEREAS, the Award was issued in favor of Huarong and against the Arbitration Respondents.

WHEREAS, Huarong seeks recognition of the Award in this proceeding against Respondent Huang only.

WHEREAS, Respondent Huang did not oppose or respond to the Petition to Confirm.

WHEREAS, this Court has subject matter jurisdiction over this action under 9 U.S.C. § 203 and 28 U.S.C. § 1331.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Petition is GRANTED and judgment is hereby entered confirming the Award pursuant to 9 U.S.C. § 207.

2. Respondent Huang is liable to pay Petitioner Huarong monetary damages under the Award as follows:

    i. Respondent Huang shall pay Petitioner Huarong a shortfall payment calculated by the formula $20,000,000 x (1 + 10% x the number of days from January 26, 2017 to the actual date of payment (date / 365 days) less $17,179,978.11, which is calculated as of November 20, 2024 (when the proposed judgment was filed) to be $18,463,857.51, and which shall continue to accrue under the terms of the Award until the date of payment;

    ii. Respondent Huang shall pay Petitioner Huarong an interest penalty for overdue payment of the shortfall based on $10,020,021.89 at an annual interest rate of 5% calculated from September 1, 2020 (inclusive) to the actual date of payment, which is calculated as of November 20, 2024 (when the proposed judgment was filed) to be $2,116,558.05, and which shall continue to accrue under the terms of the Award until the date of payment;

    iii. Respondent Huang shall pay Petitioner Huarong RMB 212,000 in attorneys' fees incurred in the Arbitration;

    iv. Respondent Huang shall pay Petitioner Huarong an outstanding Arbitration fee in the amount of RMB 1,341,174.

3. The Clerk is ordered to enter this Judgment forthwith and without further notice.

Dated: January 30, 2025
New York, NY

_____
Andrew L. Carter
United States District Judge